UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,
    Plaintiff,

v.

GEAR PATROL, LLC,

    Defendant.
_____/

CASE NO.: 1:20-cv-28

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 11, 2020

| For Plaintiff Joseph Guglielmo | For Defendant Gear Patrol, LLC |
|---|---|
| *(signature)* <br> David Paul Force <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> dforce@steinsakslegal.com | *(signature)* <br> Jocelyn Lee Jacobson <br> Reitler Kailas & Rosenblatt, LLC <br> 885 Third Ave 20th floor <br> New York, NY 10022 <br> Ph: 212-209-3500 <br> jjacobson@reitlerlaw.com |

SO ORDERED.

*(signature)*

Hon. Ronnie Abrams
4/27/2020

**Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 24th day of April, 2020      Respectfully Submitted,

                                            */s/ David Paul Force*
                                            David Paul Force